# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number 4:21CR221 |
| | § | |
| ENRIQUE CASTILLO, JR. (1) | § | |
| ESTEBAN CASTILLO (2) | § | |
| JULIO DIAZ-SANTOS (3) | § | |
| MIGUEL ANGEL ROBLEDO (4) | § | |
| RUDY GUEVARA (5) | § | |
| JUAN JOSE MONTANEZ (7) | § | |
| CHRISTINA MARIE SOLIS (8) | § | |
| ALEJANDRO GARCIA-CERPAS (9) | § | |
| DANIEL VALLEJO (14) | § | |
| DEVIN DEVONN MITCHELL (15) | § | |
| JUNIOR JAVIER AGUILAR (20) | § | |
| EDDIE GUERRERO VILLARREAL (31) | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

The Unopposed Motion for Continuance filed by Defendant (Dkts. #238, 239, 240, 241, 242, 243, 244) are granted. The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government has no objection to a continuance.

3. The ends of justice served by granting the Defendant's request outweigh the best interest of the public and the Defendant in a speedy trial.

4. The continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendants' motion is granted, and this case is RESET for Pretrial Conference on June 3, 2022, at 10:00 a.m. as to all Defendants before the Court.

**SIGNED this 14th day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE